# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOSE GARCIA (1),<br><br>                    Defendant. | CASE NO. 12CR0791-WQH<br><br>**JUDGMENT OF DISMISSAL** |

FILED
APR 1 0 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_     the Court has dismissed the case for unnecessary delay; or

_X_     the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_     the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_     a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_     the jury has returned its verdict, finding the defendant not guilty;

_X_     of the offense(s) as charged in the Information:

Counts 1-2: 18:111(a) and (b) - Assault on a Federal Officer

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/9/2012

William Q. Hayes
U.S. District Judge